UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED
2014 JUN 30 P 12:19
U.S. DISTRICT CO...
EASTERN DIST. T...

JAMES F. NORRIS )
A.C.D.F. 308 PUBLIC SAFETY LN )
CLINTON, TENNESSEE )
　　　　　　　　37716 )
(Enter above the NAME of the
plaintiff in this action.) )

v. )

CAMPBELL CO SHERIFF'S )
OFFICE, TENNESSEE
CAMPBELL CO. SHERIFF DEPUTY: )
(FRANKLIN ARYERS) TENNESSEE
CAMPBELL CO. DETENTION CENTER )
(Enter above the NAME of each
defendant in this action.) )

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

　　A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (X)

　　B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

　　　　1. Parties to the previous lawsuit:

　　　　　　Plaintiffs: N/A

　　　　　　Defendants: N/A

1

2. COURT: (If federal court, name the district; if state court, name the county):

   N/A

3. DOCKET NUMBER: N/A

4. Name of Judge to whom case was assigned: N/A

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

6. Approximate date of filing lawsuit: N/A

7. Approximate date of disposition: N/A

II. PLACE OF PRESENT CONFINEMENT: A.C.D.F. 308 PUBLIC SAFETY LN CLINTON, TN 37716

A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES ( ) NO (✓)

C. If your answer is YES,

   1. What steps did you take? N/A

   2. What was the result? N/A

D. If your answer to B is NO, explain why not. THIS COMPLAINT DOES NOT PERTAIN TO THIS FACILITY.

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO (✓)

F. If your answer is YES,

   1. What steps did you take? N/A

2. What was the result? N/A

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: JAMES F NORRIS
Present address: 308 PUBLIC SAFETY LN (A.C.D.F.) CLINTON, TN 37716

Permanent home address: 896 GIADE SPRINGS Rd. LAFOLLETTE, TN 37766

Address of nearest relative: 896 GIADE SPRINGS Rd. LAFOLLETTE, TN 37766

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: OFFICER OF PATROL FRANKLIN ARYERS

Official position: DEPUTY, CAMPBELL CO. SHERIFF, CAMPBELL CO. TN

Place of employment: SHERIFFS OFFICE OF CAMPBELL CO. TN 37757

C. Additional defendants: CAMPBELL CO. SHERIFF ROBBY GOINS
CAMPBELL CO. DETENTION FACILITY.

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

1.) OFFICER FRANKLIN ARYERS: Did willfully USE His POSITION

OF AUTHORITY TO CAUSE AND INFLICT BODILY HARM AND USE OF EXCESSIVE FORCE CAUSING INJURY TO MY SKELETLE FRAME (SHOULDER WAS TORN OUT OF SOCKET). AT THE JAIL OF CAMPBELL CO. TENNESSEE

2.) CAMPBELL CO. SHERIFFS OFFICE.

CAMPBELL CO. TN 37757 EMPOWERED PRIMARY DEFENDANT UNDER (COLOR OF LAW)

3.) CAMPBELL CO. DETENTION FACILITY, TN EMPOWERED DEFENDANT 1.) AND 2.) WITH AUTHORITY TO CAUSE HARM. (COLOR of LAW).

V. **RELIEF**

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

REQUEST LAWFUL JUDGEMENT RULING ON LIABILITY OF HARM AND DAMAGES, AS RESULT OF ALLEGDED VIOLATION OF CIVIL RIGHTS OF THIS PLAINTIFF, BEING A UNITED STATES CITIZEN. I REQUEST SHOULD RULING BE ON PLAINTIFFS BEHALF THAT MONETARY AWARD BE TEN MILLION DOLLARS, AND EMPLOYEMENT OF INDIVIDUALS INVOLVED BE TERMINATED IMMEDIATLEY.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 26th day of June, 2014.

James F. Norris
Signature of plaintiff(s)

Envelope:

From:
JAMES F NORRIS
ACDF
308 Public Safety IN
CLINTON, TENNESSEE 37716

Postmark: KNOXVILLE TN 377
27 JUN 2014 PM 3 L

To:
UNITED STATES DISTRICT COURT CLERK
EASTERN DISTRICT OF TENNESSEE
Knoxville
800 MARKET ST, STE 130
Knoxville, TN 37902

37902230330

THE SENDER OF THIS LETTER IS AN ANDERSON COUNTY INMATE