UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

JAMES F. NORRIS, )
)
    *Plaintiff*, )
) No.: 3:14-cv-302-PLR-HBG
v. )
)
FRANKLIN ARYERS, )
)
    *Defendant*. )

## **MEMORANDUM**

On November 12, 2014, plaintiff was ordered to complete and return the service packet for the defendant within 20 days.[1] Plaintiff was forewarned that failure to return the completed service packet could jeopardize his prosecution of this action. Plaintiff has failed to return the service packet or otherwise respond to the order of this Court. Therefore, this action will be **DISMISSED WITHOUT PREJUDICE**, *sua sponte*, for failure to prosecute and to comply with the orders of this Court. Fed. R. Civ. P. 41(b); *Jourdan v. Jabe*, 951 F.2d 108 (6th Cir. 1991). The Court will **CERTIFY** that any appeal from this action would not be taken in good faith and would be totally frivolous. *See* Fed. R. App. P. 24.

---

[1] The Court's order originally issued on October 20, 2014. The order was re-mailed to plaintiff on November 12, 2014, after the Clerk's Office was advised by plaintiff of his new address.

**AN APPROPRIATE ORDER WILL ENTER.**

_____
**UNITED STATES DISTRICT JUDGE**