UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JAMES F. NORRIS, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | No.: 3:14-cv-302-PLR-HBG |
| v. | ) | |
| | ) | |
| FRANKLIN ARYERS, | ) | |
| | ) | |
| *Defendant*. | ) | |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the Court **ORDERS** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and to comply with the orders of the Court. The Court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

E N T E R :

*/s/ Pamela L. Reeves*
UNITED STATES DISTRICT JUDGE

**ENTERED AS A JUDGMENT**

    s/ *Debra C. Poplin*
    CLERK OF COURT