# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

JAMES F. NORRIS,

    Plaintiff,

v.                                    No. 3:14-CV-302

FRANKLIN ARYERS,

    Defendant.

## STATEMENT OF UNDISPUTED FACTS

The Defendant Franklin Ayers, by and through counsel and pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby submits the following Statement of Material Facts in support of his Motion for Summary Judgment.

1. Defendant is Franklin Ayers, a deputy with Campbell County Sheriff's Office. (Doc.2, § III. (B); Ayers Aff'd, Ex. 1).

2. Plaintiff was at the Campbell County Jail. (Doc. 2, § IV).

3. Franklin Ayers had not worked at the jail in the year prior to filing of this complaint and did not harm Plaintiff. (Ex. 1).

                                          Respectfully submitted:

                                          /s/ Rhonda L. Bradshaw
                                          Rhonda L. Bradshaw - 014082
                                          Attorney for Defendant
                                          800 S. Gay Street, Suite 1400
                                          Knoxville, TN  37929
                                          (865) 673-8516

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2015, a copy of the foregoing Statement of Undisputed Facts was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

James F. Norris
712 Boggs Avenue
Knoxville, TN 37920

/s/ Rhonda L. Bradshaw
Rhonda L. Bradshaw