

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSE
## AT KNOXVILLE

JAMES F. NORRIS,

    Plaintiff,

v.                                                  No. 3:14-CV-302

FRANKLIN ARYERS,

    Defendant.

## AFFIDAVIT OF FRANKLIN AYERS

COMES Franklin Ayers, after being duly sworn, and makes oath as follows:

1. I am over the age of eighteen and competent to testify in this matter as to my own personal knowledge.

2. The correct spelling of my last name is Ayers not that as written in the complaint.

3. I am a patrol deputy with the Campbell County Sheriff's Department and have been for at least a year prior to the filing of this complaint.

4. On, or about the last of July 2013, I was dispatched to a domestic assault call at the home of James F. Norris..

5. When I arrived at the residence in response to the complaint for domestic assault Mr. Norris had already left the premises.

6. I have never met Mr. Norris nor have I had any dealings with Mr. Norris, either before or after I responded to the domestic assault complaint..

7. I have never physically touched Mr. Norris and have never inflicted bodily harm or used excessive force on Mr. James F Norris.

8. I did not work in the Campbell County Jail in the year prior to the filing of the Complaint.

1

Further affiant sayeth not.

_____
Franklin Ayers

SWORN TO AND SUBSCRIBED BEFORE ME this 13 day of July, 2015.

_____
NOTARY PUBLIC

My Commission Expires: Jan 15, 2019

[Notary Seal: IDA L. MONDAY, STATE OF TENNESSEE, NOTARY PUBLIC, CAMPBELL COUNTY]