UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JAMES F. NORRIS, | ) |
| Plaintiff, | ) |
| v. | ) No.: 3:14-CV-302-PLR-HBG |
| FRANKLIN ARYERS, et al., | ) |
| Defendants. | ) |

## ORDER

In accordance with the accompanying memorandum and order granting Defendant Franklin Ayers' motion for summary judgment, the Court **ORDERS** that this action is hereby **DISMISSED.**

The Court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**ENTER:**

_____
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
  s/ *Debra C. Poplin*
  CLERK OF COURT